# UNITED STATES DISTRICT COURT
for the

District of

Division

Filed ___ Received ___ Entered ___ Served on
Counsel/Parties of Record

**FEB 1 2 2024**

Clerk US District Court
District of Nevada
By:_____ Deputy

Jesus Sanchez-Paez +
Jennifer Marie Perasso

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:24-cv-00073
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jennifer Perasso
   Street Address: 4713 Village Green
   City and County: Reno, Washoe County
   State and Zip Code: NV 89519
   Telephone Number: (714) 720-5251
   E-mail Address: perasso99@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: (DAVID + DAN) JOHN + NANCY SIMS FAMILY
  Job or Title (if known): SUPPLY WHOLESALERS
  Street Address: 425 Maestro Dr.
  City and County: Reno, WASHOE
  State and Zip Code: Nevada, 89511
  Telephone Number: (86) 817-8795
  E-mail Address (if known):

Defendant No. 2
  Name: (FACE OF THE COMPANY) Irene + Sefarano SANCHEZ-PAEZ FAMILY
  Job or Title (if known): BOSS
  Street Address: 13071 San Fernando Rd Apt 2
  City and County: ~~Bakersfield, CA~~ Sylmar, CA Los Angeles County
  State and Zip Code: 91342
  Telephone Number: (818) 799-3396
  E-mail Address (if known):

  Glenn Grey
  Trisha Grey
  1372 Butler St
  Reno, NV
  89512

Defendant No. 3
  Name: LAURA BORST FAMILY
  Job or Title (if known): Server @ Red Hut (last known)
  Street Address: NYE STREET
  City and County: Carson City
  State and Zip Code: NV
  Telephone Number: (775) 883-2002
  E-mail Address (if known):

Defendant No. 4
  Name: (SEC INCLUDED) WASHINGTON D.C / FEDERAL GOVERNMENT
  Job or Title (if known): President Biden + Administration
  Street Address: 1600 Pennsylvania Ave NW
  City and County: WASHINGTON, DC 20500
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 5
  NY / THE COMPANY
  1 W 34th Street
  New York

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Mona Lisa - breaking + entering his home - making human pets
CSI: Vegas - Swapping Clone (unknown)       - Screens +
Selling humans as cars (lambo)               mics illegal.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.      If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached.*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/5/24

Signature of Plaintiff
Printed Name of Plaintiff       JENNIFER MARIE PERATSO

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Attachment to United States District Court Lawsuit, Complaint for a Civil/Federal Case
February 5, 2024

III. Statement of Claim.

Your Honor,

Thank you for taking the time to review my case, which I feel could be the biggest lawsuit in world history to be honest. I should have done this awhile ago but I thought by now, my other half since 2011 would have resolved this tragedy on his end with his family and professional colleagues globally. I apologize in advance if this explanation is choppy at anytime as there are hours and hours of details we can go over in person hopefully for this very complicated situation and I can also provide all photos and hard core evidence to back 100% my case that I know is solid and legitimate.

The basic facts are that for almost 10 years now since July 13, 2013, an ongoing investigation and case have been in motion behind my back, without any appropriate communication whatsoever to myself or partner Jesus Sanchez-Paez (age 44). This has destroyed our life completely and caused so much unnecessary mental and physical damage on our life that was normal and we loved prior to this. Going back to 2013, I had a wonderful job that I loved working from home making $5000 a month, a beautiful home on Virginia Lake with my 2 year old son and no issues as a hard working, loving, perfectly healthy 34 year old American lady.  My boyfriend was incarcerated, originally arrested in Douglas County, NV the day before Christmas and then transferred to Casa Grande in Las Vegas, NV. I've supported him through a couple different prison terms and we had a routine down pat. However, something major occurred between him going to Las Vegas and him getting released and coming home. I have questioned what happened all these years and have yet to have an honest person tell me face to face or by any written communication. Upon my own investigating, I have uncovered life changing evidence that I need your assistance in handling appropriately with Washington DC and the Federal government. I know this isn't going to come out correctly and its extremely hard for me to explain in the proper words without sounding like a crazy person, but I believe I was swapped out for a clone or twin I was unaware of. I know people change and 2 years in the joint does have an effect on a man, but he came back from Las Vegas and everything was different, including a half-way house and bringing assassins creed to my front door.

Somehow our private & personal sexual relationship for many years, now became all business too behind my back. I have proof they broke into "our house, Mona Lisa" took all his papers and private things, and twisted up my entire life from that point on. I can see this started in Europe, Ukraine and brought this way so I want answers please because I've never even been to Europe. I would like a restraining order immediately against this show (that's been traumatizing and humiliating full of lies and a definite violation of privacy that I'm aware is being broadcasted globally against my will or without my permission your honor. I've been harassed, mind played on all audio,  I've been posined, gas lighted, put on a screen and mics behind my back being watched 24/7 which I know is illegal. In addition to suing Washington and the Federal Government, I would like you to include New York and "The Company" I never knew about until recently as well. Hopefully you know what that is, but if not we can discuss more in detail. I believe somehow they are involved because of a death that occurred in my boyfriends family, and a will/family inheritance, but they are hiding it from me and lying about it doing faulty things behind my back. It may also be because of a friend I had David

Attachment to United States District Court Lawsuit, Complaint for a Civil/Federal Case
February 5, 2024

Andrew Sims, who right around this same time coincidentally was murdered up by UNR. I tried to stay in touch with his brother Dan Sims, but lost touch. Shortly after I became "sunshine' for the whole world and put in the spotlight with again no appropriate information or facts to justify who, what, when, why & how. I need real answers now please your honor and I need your support to make this happen. I want my private, personal life back immediately and I'm done being connected and wrapped up in ways that are not true at all. I'm being disgracefully used and abused behind my back 24/7 in so many ways that are extremely illegal and falsely accused of several things that were never known or ever part of my life. This situation needs to be handled appropriately and accordingly immediately. Just turn on the daily news and I can show you how through technology (Tech 9 and Collabos business ties my boyfriend has), they are using me for a test lab rat project, treating me like a newborn child, acting like I'm responsible for the Gaza war, the election and making me take on the whole world for dating one man since 2011. I want answers to why I'm involved, how they have the legal right to do this at any level, and I know I'm entitled to compensation to pay for all the suffering and trauma I've gone through the last 10 years. Houses are being sold behind my back, I was sold as a Lamborghini, and I have proof of that. I'm being called a "Dog" literally and truly harassed with commercials and pets daily & nightly. I know I'm being held hostage technically so they can blackmail or put me on the black web in some way, but all this is beyond anything I know how to deal with. I don't even know how to get on the black web so I can defend myself as a human being with rights. Politicians and global leaders are allowing this and participating and I'm in shock and disgusted with all adults allowing this on any level for this long.

I can't work at my restaurant normally anymore because I'm constantly harassed for new era nets, and this COVID divide. I have cars of all types and colors driving around me daily playing games I don't know how to play. I've been coded somehow so communication is a huge problem for me, I can't listen to music normally or eat. I also can't sleep because they are trying to control my life, my time, my schedule, and split my life by the sun and moon which is not an option. Please use your government resources and help my family. I'm done with Washington DC destroying my life, all these political moms driving me crazy, and Biden allowing this Border Crisis to continue one more day because they want to keep testing my eyes with no end in sight to this madness. I know you can help save me, my precious son Jaydon who's 10 years old and save the world to be honest by taking on this case.

Thank you for your time and consideration. I look forward to hearing from you as to what's next.

I can be reached directly at 714-720-5251.

Jennifer Marie Perasso

4713 Village Green Parkway

Reno, NV 89519

Perasso99@gmail.com