AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jennifer Perasso, Jesus Sanchez-Paez,

                Plaintiffs,

v.

John Sims, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00073-ART-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's complaint is dismissed with prejudice. Case closed.

8/19/2024
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk